FILED
May 18, 2018
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

CINDY MARIE MENDIVEL,

Defendant.

Case No. 2:18-mj-00099-AC

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>CINDY MARIE MENDIVEL</u>, Case No. <u>2:18-mj-00099-AC</u> Charge <u>21 U.S.C. § 846 and 841(a)</u>, from custody for the following reasons:

__X__ Release on Personal Recognizance

_____ Bail Posted in the Sum of $ _____

_____ Unsecured Appearance Bond $ _____

_____ Appearance Bond with 10% Deposit

_____ Appearance Bond with Surety

_____ Corporate Surety Bail Bond

__X__ (Other): <u>The Defendant to appear in the Southern District of California on May 21, 2018 at 2:00pm before Magistrate Mitchell Dembin.</u>

Issued at Sacramento, California on May 18, 2018 at 2:00 pm.

By: _____

Magistrate Judge Allison Claire